UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID MOON,

Plaintiff,

v.

HEIDI WASHINGTON,
GLENN KUSEY,[1] and
JOHN DOE

Case No. 25-cv-12537
Honorable Linda V. Parker

Defendants.

_______________________________________/

**OPINION AND ORDER**

In August 2025, Plaintiff David Moon ("Plaintiff"), a Michigan prisoner, brought this suit against Defendants Heidi Washington ("Washington"), John Doe (an unknown facility manager) ("Doe"), and G. Kusey ("Kusey") (collectively, "Defendants") for denial of access to the courts and violations of Title II of the Americans with Disability Act ("ADA") and Michigan's Persons with Disabilities Civil Rights Act ("PWDCRA") (ECF No. 1.) The matter has been assigned to Magistrate Judge Patricia T. Morris for all pretrial proceedings, including a hearing

[1]Through no fault of the Clerk of Court's office, the docket incorrectly spells Glenn's last name as "Kosey." (*See* ECF No. 1 (the operative complaint misspells his name).) The Clerk of Court may take all steps appropriate and necessary to make this correction on the docket.

and determination of all non- dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B). (ECF No. 17.)

On May 4, 2026, Kusey and Washington filed a motion to dismiss and for summary judgment. (ECF No. 16.) On July 9, 2026, those same Defendants filed a corrected motion to dismiss and for summary judgment. (ECF No. 23.) On September 23, 2026, Magistrate Judge Morris issued a report and recommendation ("R&R") recommending that the Court grant the corrected motion for summary judgment in part and deny in part. (ECF No. 26.)

Specifically, she recommended that the Court grant the corrected motion for summary judgment in that Kusey should be dismissed from this action due to Plaintiff's failure to exhaust Plaintiff's claims against him and denied to the extent Defendants seek dismissal of Plaintiff's claims against Washington for failure to exhaust. At the same time, she recommended that the Court grant the corrected motion to dismiss Plaintiff's denial-of-access-to-the-court claims against all three Defendants. Finally, she recommended that the Court deny as moot Defendants' original motion to dismiss and for summary judgment.

At the conclusion of the R&R, she advised the parties that they may object to and seek review of the R&R within fourteen days of service upon them. She further specifically advised the parties that "[f]ailure to file specific objections

constitutes a waiver of any further right to appeal." (*Id.*) Neither party filed objections to the R&R. The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Morris. The Court, therefore, adopts the R&R.

Accordingly,

**IT IS ORDERED** that Defendants' corrected motion for summary judgment (ECF No. 23) is **GRANTED IN PART** and **DENIED IN PART**; to the extent that it seeks dismissal of all claims against Kusey, the motion is **GRANTED**; to the extent that it seeks dismissal of all claims against Washington, the motion is **DENIED**;

**IT IS FURTHER ORDERED** that Defendants' corrected motion to dismiss (ECF No. 23) is **GRANTED**;

**IT IS FURTHER ORDERED** that Plaintiff's claims for denial of access to the court against all three Defendants are **DISMISSED with prejudice** for failure to state a claim and that Plaintiff's remaining claims against Kusey are **DISMISSED without prejudice** for failure to exhaust. Kusey shall be terminated from this action. Plaintiff's ADA and PWDCRA claims against Defendants Washington and Doe remain; and

**IT IS FURTHER ORDERED** that Defendants' original motion to dismiss and for summary judgment (ECF No. 16) is **DENIED as moot**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: October 27, 2026

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, October 27, 2026, by electronic and/or U.S. First Class mail.

s/R. Thieme
Case Manager